# UNITED STATES BANKRUPTCY COURT
## Western District of Texas
## Austin Division

---

Bankruptcy Case No.: 21−10877−tmd

Chapter No.: 7

Judge: Tony M. Davis

IN RE: **Howard Lee Worthing** , Debtor(s)

---

### NOTICE OF PAST DUE DEADLINE FOR FILING OF DOCUMENT

The original signed Declaration for Electronic Filing has not been electronically filed into CM/ECF for the filing of:

*1* – Voluntary Petition under Chapter 7 (Individual) Without Schedules, Without Statements, (Filing Fee: $ 338) Filed By Howard Lee Worthing. –Declaration for Electronic Filing due by 11/23/2021 (Brown, Jerome)

**Please electronically file the original Declaration for Electronic Filing immediately.** If the Declaration for Electronic Filing is not filed by , as to any original petition, matrix, statement and schedules, this case will be dismissed by the court and that, as to any amended petition, statement, schedule or matrix, the amendment(s) will be stricken by the Court.

Dated:  11/23/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

**[Declaration Due Letter]** [LtrDclrdu]