

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 30, 2021.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

IN RE:

**HOWARD LEE WORTHING**                    Case No. 21-10877

**Debtor**                                        **Chapter 7**

### ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION
### OF TIME TO FILE SCHEDULES, STATEMENTS AND OTHER DOCUMENTS
### UNDER FED. R. BANKR. P. 1007

On the date this Order was signed, came on for consideration the Debtor's Motion for Extension for time to file Documents Under Fed. R. Bankr. P. 1019 and L Rule 1019 (the "Motion"), and the Court having considered same, is of the opinion that the Motion should be granted as set forth below.

IT IS THEREFORE ORDERED that the Motion is hereby granted and that Debtor shall

file his Schedules, Statements and Other Documents in this case on or before December 10, 2021.

###