**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 30, 2021.**

_____
**TONY M. DAVIS
UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN RE:

HOWARD LEE WORTHING                                  Case No. 21-10877

                    Debtor                                                               Chapter 7

### ORDER GRANTING DEBTOR'S MOTION FOR EXTENSION OF TIME TO FILE SCHEDULES, STATEMENTS AND OTHER DOCUMENTS UNDER FED. R. BANKR. P. 1007

On the date this Order was signed, came on for consideration the Debtor's Motion for Extension for time to file Documents Under Fed. R. Bankr. P. 1019 and L Rule 1019 (the "Motion"), and the Court having considered same, is of the opinion that the Motion should be granted as set forth below.

IT IS THEREFORE ORDERED that the Motion is hereby granted and that Debtor shall

file his Schedules, Statements and Other Documents in this case on or before December 10, 2021.

###

United States Bankruptcy Court

Western District of Texas

In re:     Case No. 21-10877-tmd

Howard Lee Worthing     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1     User: admin     Page 1 of 1

Date Rcvd: Nov 30, 2021     Form ID: pdfintp     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 02, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Howard Lee Worthing, 2209 9th Street, Marble Falls, TX 78654-4748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 02, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 30, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jerome Andrew Brown | on behalf of Debtor Howard Lee Worthing jerome@brownbankruptcy.com dayj@brownbankruptcy.com;jessica@brownbankruptcy.com;william@tblflaw.com;madison@brownbankruptcy.com |
| Randolph N Osherow | rosherow@hotmail.com rosherow@ecf.axosfs.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 3