IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

IN THE MATTER OF:                                        CASE NO. 21-10877

HOWARD LEE WORTHING

   DEBTOR                                                     CHAPTER 7

## NOTICE OF APPEARANCE
## AND
## REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

   Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Burnet Central Appraisal District in the above-entitled case and requests that service of notices and other documents be made upon this attorney of record.

Dated: December 19, 2021

                                                             Respectfully submitted,

                                                              MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                                              Attorneys for Claimant, Burnet Central Appraisal District

                                                              */s/Tara LeDay*
                                                              Tara LeDay
                                                              State Bar Number 24106701
                                                              P.O. Box 1269
                                                              Round Rock, Texas 78680
                                                              Telephone: (512) 323-3200
                                                              Fax: (512) 323-3205
                                                              Email: tleday@mvbalaw.com

## CERTIFICATE OF SERVICE

   I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Howard Lee Worthing, 2209 9th Street, Marble Falls, Texas 78654 by First Class U.S. Mail, and to Jerome Andrew Brown, The Brown Law Firm, 13900 Sawyer Ranch Rd, Dripping Springs, Texas 78620-4539; Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, Texas 78212, and to those parties listed on the Court's Notice of Electronic Filing on December 19, 2021, by Electronic Notification.

                                                               */s/Tara LeDay*
                                                              Tara LeDay