C. Jared Knight
State Bar No. 00794107
BURDETT MORGAN WILLIAMSON & BOYKIN, L.L.P.
701 S. Taylor, Suite 324
Amarillo, TX 79101
(806) 358-8116 Telephone
(806) 350-7642 Fax
jknight@bmwb-law.com
*Attorney for FirstCapital Bank of Texas, N.A.*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| Howard Lee Worthing aka | § | |
| Howard L Worthing aka Howard Worthing | § | CASE NO. 21-10877-tmd |
| | § § | |
| DEBTOR(S) | § | |

**NOTICE OF APPEARANCE AND REQUEST
FOR ALL NOTICES, PLANS AND DISCLOSURE STATEMENTS**

FIRSTCAPITAL BANK OF TEXAS, N.A., creditor and party in interest, hereby enters its appearance in this case, C. JARED KNIGHT, and the law firm of BURDETT MORGAN WILLIAMSON & BOYKIN, LLP ("BMWB") enter their appearance as attorneys for CREDITOR as directed by Federal Rule of Bankruptcy Procedure 9010(b). The name, office address, telephone number, fax number and e-mail address for Mr. Knight, and BMWB follow:

C. Jared Knight
BURDETT MORGAN WILLIAMSON & BOYKIN, LLP
701 S. Taylor, Suite 324
Amarillo, TX 79101
(806) 358-8116 Telephone
(806) 350-7642 Fax
E-mail: jknight@bmwb-law.com

CREDITOR hereby requests that copies of all notices required by the Federal Rules of Bankruptcy Procedure to be given, including notice under Rule 2002(i), be given to it by service upon the attorneys at the address or e-mail shown above.

CREDITOR pursuant to Federal Rule of Bankruptcy Procedure 3017(a) further requests that copies of all documents, including claims, plans and disclosure statements filed hereby by any party be served upon it and its attorneys at the addresses indicated above.

Dated: December 21, 2021

*C. Jared Knight*

C. Jared Knight, State Bar No. 00794107
BURDETT MORGAN WILLIAMSON & BOYKIN, LLP
701 S. Taylor, Suite 324
Amarillo, TX 79101
(806) 358-8116 Telephone
(806) 350-7642 Fax
jknight@bmwb-law.com
*Attorney for FirstCapital Bank of Texas, N.A.*

## CERTIFICATE OF SERVICE

The undersigned certifies that he has on the date shown below transmitted a true copy of the foregoing document to the following parties in interest by electronic notification via the Court's electronic case filing system or by regular mail on the 21st day of December, 2021:

Randolph N. Osherow
342 W. Woodlawn, Suite 100
San Antonio, TX 78212
*Chapter 7 Trustee*

Kevin Epstein/Gary Wright
230 Homer Thornberry Judicial Bldg.
903 San Jacinto Blvd.
Austin, Texas 78701
*US Trustees Office*

Jerome Andrew Brown
The Brown Law Firm
13900 Sawyer Ranch Rd
Dripping Springs, TX 78620-4539
*Debtor(s)' Attorney*

Howard Lee Worthing
Aka Howard L Worthing,
Aka Howard Worthing
2209 9th Street
Marble Falls, TX 78654
*Debtor(s)*

All parties that have requested notice pursuant to N.D. Tex. L.B.R. 2002-1(j)

*C. Jared Knight*

C. Jared Knight, State Bar No. 00794107