UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN   DIVISION

IN RE:

Howard Lee Worthing aka
Howard L Worthing aka Howard Worthing

Case No: 21-10877-tmd

Chapter 7

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now __C. Jared Knight__ ("Applicant") moves this court to grant admission to the United States Bankruptcy Court for the Western District of Texas *pro hac vice* to represent FirstCapital Bank of Texas, N.A. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) C. Jared Knight of Burdett Morgan Williamson & Boykin, LLP,

   with offices at

   Mailing address: 701 S. Taylor St, Ste 324

   City, State, Zip: Amarillo, Texas 79101

   Telephone: 806-358-8116    Fax: 806-350-7485

   Email Address: jknight@bmwb-law.com

2. Since November 3, 1995, Applicant has been and presently is a member of and in good standing with the Bar of the State of Texas. Applicant's bar license number is 00794107.

3. Applicant has been admitted to practice before the following state and federal courts:

| Court: | Admission date: |
|---|---|
| All Texas State Courts | 1995 |
| Northern District of Texas | 1997 |
|  |  |

4. Applicant is presently a member in good standing of the bars of the courts listed above, and is not currently suspended or disbarred in any other court, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

_____

_____

5. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided below:

_____

_____

6. Applicant is eligible to practice in the Bankruptcy Court.

7. Applicant has read and is familiar with the Local Rules of the Western District of Texas Bankruptcy Court and is also subject to all rules of practice of the U.S. District Court of the Western District of Texas and will comply with the standards of practice set out therein.

8. (●) Applicant has not requested admission pro hac vice in the Bankruptcy Court for the Western District of Texas in the preceding twelve months.

or

( ) Applicant has filed the motions for admission pro hac vice in the preceding twelve months.

| Case Name/Number | Date Filed | Disposition of Motion |
|---|---|---|
| | | |
| | | |
| | | |

Wherefore, Applicant prays that this Court enter an order permitting the admission of C. Jared Knight of Burdett Morgan Williamson & Boykin, LLP to the U.S. Bankruptcy Court Western District of Texas *pro hac vice* for this case only.

Respectfully submitted,

_C. Jared Knight_
[Signature of Applicant]

_C. Jared Knight_
[Printed name of Applicant]

_701 S. Taylor, Suite 324_
[Address of Applicant] _Amarillo, TX 79101_

_806.358.8116_
[Telephone of Applicant]

_jknight@bmwb-law.com_
[Email address of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 21st Day of December, 2021.

Note: Per Local Rule 9013(c)(2) the certificate of service must list each of the entities served and their addresses.

Attach a list below of each party served along with the service address and the method of service.

*C. Jared Knight*
[Signature of Applicant]

C. Jared Knight
[Printed name of Applicant]

701 S. Taylor, Suite 324
Amarillo, TX 79101
[Address of Applicant]

806.358.8116
[Telephone of Applicant]

jknight@bmwb-law.com
[Email address of Applicant]

###

Randolph N. Osherow
342 W. Woodlawn, Suite 100
San Antonio, TX 78212
*Chapter 7 Trustee*
Via ECF

Kevin Epstein/Gary Wright
230 Homer Thornberry Judicial Bldg.
903 San Jacinto Blvd.
Austin, Texas 78701
*US Trustees Office*
Via ECF

Jerome Andrew Brown
The Brown Law Firm
13900 Sawyer Ranch Rd
Dripping Springs, TX 78620-4539
*Debtor(s)' Attorney*
Via ECF

Howard Lee Worthing
Aka Howard L Worthing,
Aka Howard Worthing
2209 9th Street
Marble Falls, TX 78654
*Debtor(s)*
Via Mail

All parties that have requested notice
pursuant to N.D. Tex. L.B.R. 2002-1(j)

UNITED STATES BANKRUPTCY COURT

WESTERN DISTRICT OF TEXAS

__Austin__ DIVISION

IN RE:

Howard Lee Worthing aka
Howard L Worthing aka Howard Worthing

Case No: __21-10877-tmd__

Chapter __7__

### ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by __C. Jared Knight__ ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of __FirstCapital Bank of Texas, N.A.__ in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###