# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 21−10877−tmd
Chapter No.: 7
Judge: Tony M. Davis

IN RE: **Howard Lee Worthing**, Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**3/23/22** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
903 SAN JACINTO, SUITE 322
AUSTIN, TX 78701

MAIL COPY OF PROOF OF CLAIM TO:

Randolph N Osherow
342 W Woodlawn, Suite 100
San Antonio, TX 78212

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.

Dated: 12/23/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court

Western District of Texas

| | |
|---|---|
| In re: | Case No. 21-10877-tmd |
| Howard Lee Worthing | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0542-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Dec 23, 2021 | Form ID: 148 | Total Noticed: 48 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Howard Lee Worthing, 2209 9th Street, Marble Falls, TX 78654-4748 |
| 18244097 | + | A+ Credit Union, Post Office Box 790408, Saint Louis, MO 63179-0408 |
| 18244098 | + | Adair, Morris & Osborn, P.C., Attn: Randall F. Adair, 325 N. St. Paul St. 4100, Dallas, TX 75201-3848 |
| 18244100 | + | American Heritage Life Insurance Company, Allstate Benefits, 1776 American Heritage Life Drive, Jacksonville, FL 32224-6687 |
| 18244101 | + | Attorney General United States, Internal Revenue Service/SBA, 950 Pennsylvania Avenue NW, Washington, DC 20530-0009 |
| 18244102 | + | Barnett & Garcia, PLLC, Attn: Lawrence Falli, 3821 Juniper Trace 108, Austin, TX 78738-5514 |
| 18244103 | | Baylor Scott and White, 810 State Highway 71, Marble Falls, TX 78657 |
| 18244104 | + | Berkovitch & Bouskila, Attn: Ariel Bouskila, 80 Broad St 3303, New York, NY 10004-2209 |
| 18244105 | + | Binswanger Glass, 8733 Burnet Road, Austin, TX 78757-7096 |
| 18265215 | + | Burnet Central Appraisal District, c/o Tara LeDay, P.O. Box 1269, Round Rock, TX 78680-1269 |
| 18244106 | | David and Janet Christensen, 23419 Circle J Lane, Marble Falls, TX 78654 |
| 18244108 | + | First Capital, 507 W FM 2147 101, Marble Falls, TX 78654-6288 |
| 18266256 | + | FirstCapital bank of Texas, C/O C. Jared Knight, 701 S. Taylor Ste. 324, Amarillo, TX 79101-2417 |
| 18244109 | + | Fox Edge Kuykendall, PLLC, Attn: Michael J. Kuykendall, 700 6th Street, Marble Falls, TX 78654-5726 |
| 18244110 | + | Houston & Fish, Attn: Bradley L. Houston, 1007 MoPac Circle 102, Austin, TX 78746-6807 |
| 18263435 | + | JENNIFER E. DUTY, ESQUIRE, 9530 TOWNE CENTER DRIVE #120, SAN DIEGO, CA 92121-1981 |
| 18263436 | + | JENNIFER KINDRED, 1212 N U.S. HWY 281 SUITE 1271, MARBLE FALLS, TX 78654-9053 |
| 18263437 | + | JOHN BURNS, 12 BEAVER ISLAND, MARBLE FALLS, TX 78654-2738 |
| 18244112 | + | Kalamata Capital Group, LLC, c/o Barnett & Garcia, PLLC, 3821 Juniper Trace 108, Austin, TX 78738-5514 |
| 18244114 | | Kenneth and Kelly Luttmer, 409 Oak Rock Point, Horseshoe Bay, TX 78657 |
| 18244113 | + | Kenneth and Kelly Luttmer, 821 Kings Canyon CT, Coppell, TX 75019-6111 |
| 18263438 | + | LAWRENCE J. FALLI, 3821 JUNIPER TRACE SUITE 108, AUSTIN, TX 78738-5514 |
| 18244115 | + | Libertas Funding, LLC, 65 W 36th St, 5th Floor, New York, NY 10018-7946 |
| 18244117 | + | National Funding, Inc., Attn: Tara Muren, 9530 Town Centre Drive 120, San Diego, CA 92121-1981 |
| 18244119 | + | Petal Card Inc, Po Box 105168, Atlanta, GA 30348-5168 |
| 18244120 | + | Pool and Electrical Products, 407 Radam Lane Unit B and C, Austin, TX 78745-1190 |
| 18244121 | + | Richard Stewart, 121 E Briarway Drive, Granite Shoals, TX 78654-2043 |
| 18244122 | + | Ross Scalise Law Group, Attn: Charles L. Scalise, 1104 San Antonio St, Austin, TX 78701-2109 |
| 18263439 | + | STRIPLING, PEDERSON & FLOYD, PO BOX 630870, NACOGDOCHES, TX 75963-0870 |
| 18244123 | + | Sflndcorp, 2750 East Cottonwood Parkway, Salt Lake City, UT 84121-7284 |
| 18244124 | + | Shell & Shell, Attorneys at Law, Attn: Eddie G. Shell, 6000 US - 281, Marble Falls, TX 78654-3866 |
| 18244125 | | Shell Fleet Card, PO BOX 6293, Carol Stream, IL 60197-6293 |
| 18244126 | | Sherwin Williams, 2100 Lakeside Blvd 400, Marble Falls, TX 75081 |
| 18244128 | + | Texas Margarita's, Inc., 1205 West FM 1431, Marble Falls, TX 78654-5008 |
| 18244129 | + | The Faskowitz Law Firm, PLLC, Attn: Avi Faskowitz, 6143 186th Street 207, Fresh Meadows, NY 11365-2710 |
| 18244130 | + | U.S. Small Business Administration, Little Rock Loan Servicing Ctr, 2120 Riverfront Dr 100, Little Rock, AR 72202-1794 |
| 18244133 | + | US Attorney, Civ. Process Clerk, Internal Revenue Service/SBA, 601 NW LOOP 410, STE 600, San Antonio, TX 78216-5512 |
| 18244132 | + | United Rentals, PO BOX 840514, Dallas, TX 75284-0514 |
| 18244134 | + | Wells Fargo, PO BOX 3072, Cedar Rapids, IN 52406-3072 |

TOTAL: 39

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| District/off: 0542-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: 148 | Total Noticed: 48 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| tr | + EDI: QRNOSHEROW.COM | Dec 24 2021 02:18:00 | Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, TX 78212-3314 |
| ust | + Email/Text: ustpregion07.au.ecf@usdoj.gov | Dec 23 2021 21:19:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18244099 | + Email/Text: Melinda.Pliler@gmr.net | Dec 23 2021 21:19:00 | Air Evac, PO BOX 106, West Plains, MT 65775-0106 |
| 18263434 | + EDI: CITICORP.COM | Dec 24 2021 02:18:00 | CITIBANK/THE HOME DEPOT, CITICORP CREDIT SRVS/CENTRALIZED, BK DEPT, PO BOX 790034, SAINT LOUIS, MO 63179-0034 |
| 18244107 | + EDI: DISCOVER.COM | Dec 24 2021 02:18:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 18244111 | + EDI: IRS.COM | Dec 24 2021 02:18:00 | Internal Revenue Service, Centralized Insolvency Office, P.O Box 7346, Philadelphia, PA 19101-7346 |
| 18244116 | + EDI: RMSC.COM | Dec 24 2021 02:18:00 | Lowes, PO BOX 965054, Orlando, FL 32896-5054 |
| 18244127 | Email/Text: pacer@cpa.state.tx.us | Dec 23 2021 21:19:00 | Texas Comptroller of Public Accts, Revenue Acct Division - BK, PO Box 13528, Capitol Station, Austin, TX 78711 |
| 18244131 | + Email/Text: elpasodlsc@sba.gov | Dec 23 2021 21:19:00 | U.S. Small Business Administration, Commercial Loan Servicing Ctr, 10737 Gateway Blvd W #320, El Paso, TX 79935-4910 |

TOTAL: 9

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 18244118 | ##+ | Newco Capital Group, 90 Broad St 903, New York, NY 10004-2230 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Jared Knight, I | on behalf of Creditor C/O C. Jared Knight FirstCapital bank Of Texas jknight@bmwb-law.com mhill@bmwb-law.com |

| District/off: 0542-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2021 | Form ID: 148 | Total Noticed: 48 |

Jerome Andrew Brown
    on behalf of Debtor Howard Lee Worthing jerome@brownbankruptcy.com
    dayj@brownbankruptcy.com;jessica@brownbankruptcy.com;william@tblflaw.com;madison@brownbankruptcy.com

Randolph N Osherow
    rosherow@hotmail.com rosherow@ecf.axosfs.com

Tara LeDay
    on behalf of Creditor Burnet Central Appraisal District tleday@mvbalaw.com
    vcovington@mvbalaw.com;alocklin@mvbalaw.com;bankruptcy@mvbalaw.com;pbowers@mvbalaw.com;vjames@mvbalaw.com

United States Trustee - AU12
    ustpregion07.au.ecf@usdoj.gov

TOTAL: 5