**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 27, 2021.**



_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### __Austin__ DIVISION

IN RE:

Howard Lee Worthing aka
Howard L Worthing aka Howard Worthing

Case No: __21-10877-tmd__

Chapter _7_

### ORDER

BE IT REMEMBERED that there was presented to the Court the motion for Admission *Pro Hac Vice* filed by __C. Jared Knight__ ("Applicant") and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY, IT IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and Applicant may appear on behalf of _FirstCapital Bank of Texas, N.A._ in the above case.

This order shall not be considered admission to practice generally before this Court or the U.S. District Court for the Western District of Texas.

###