

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 27, 2021.**

_____
**TONY M. DAVIS**
**UNITED STATES BANKRUPTCY JUDGE**

---

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
### Austin     DIVISION

IN RE:

Howard Lee Worthing aka
Howard L Worthing aka Howard Worthing

Case No: __21-10877-tmd__

Chapter _7_

### O R D E R

BE IT REMEMBERED that there was presented to the Court the motion for

Admission *Pro Hac Vice* filed by__ C. Jared Knight ____("Applicant")

and the Court, having reviewed the motion, has decided it is meritorious. ACCORDINGLY, IT

IS ORDERED that the Motion for Admission *Pro Hac Vice* is GRANTED, and

Applicant may appear on behalf of_ FirstCapital Bank of Texas, N.A. in the above case.

This order shall not be considered admission to practice generally before this Court or

the U.S. District Court for the Western District of Texas.

### ###

United States Bankruptcy Court

Western District of Texas

In re:                                                                                          Case No. 21-10877-tmd

Howard Lee Worthing                                                                Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0542-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 27, 2021 | Form ID: pdfintp | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Howard Lee Worthing, 2209 9th Street, Marble Falls, TX 78654-4748 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2021                     Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles Jared Knight, I | on behalf of Creditor C/O C. Jared Knight FirstCapital bank Of Texas jknight@bmwb-law.com  mhill@bmwb-law.com |
| Jerome Andrew Brown | on behalf of Debtor Howard Lee Worthing jerome@brownbankruptcy.com dayj@brownbankruptcy.com;jessica@brownbankruptcy.com;william@tblflaw.com;madison@brownbankruptcy.com |
| Randolph N Osherow | rosherow@hotmail.com  rosherow@ecf.axosfs.com |
| Tara LeDay | on behalf of Creditor Burnet Central Appraisal District tleday@mvbalaw.com vcovington@mvbalaw.com;alocklin@mvbalaw.com;bankruptcy@mvbalaw.com;pbowers@mvbalaw.com;vjames@mvbalaw.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

District/off: 0542-1                              User: admin                                    Page 2 of 2
Date Rcvd: Dec 27, 2021                          Form ID: pdfintp                                Total Noticed: 1
TOTAL: 5